UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REFLEX MEDIA, INC., | Case No.: 2:21-cv-01448-APG-VCF |
| Plaintiff | **Order** |
| v. | |
| SUDY LIMITED, | |
| Defendant | |

Plaintiffs Reflex Media, Inc. and Clover8 Investments PTE. LTD. notified the court that they were attempting to serve defendant Sudy Limited through the procedures authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. ECF No. 7. The plaintiffs advised the court that they would provide an update on their service efforts within about 60 days of their last filing, which was dated January 10, 2022. *Id.* The plaintiffs have not filed an updates since that time.

I THEREFORE ORDER that by July 29, 2022, the plaintiffs shall file either proof of service or an update regarding their efforts to serve defendant Sudy Limited.

DATED this 1st day of July, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE