AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Reflex Media, Inc. and Clover8
Investments PTE. LTD

          Plaintiff,

  v.

Sudy, Limited

          Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-01448-APG-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of plaintiffs Reflex Media, Inc. and Clover8 Investments PTE. LTD. and against defendant Sudy, Limited as follows: 1. For a damages in the amount of $25,294,991.57; and 2. For a permanent injunction barring Sudy, Limited it and its agents, subagents, employees, attorneys, successors, assigns, affiliates, joint venturers, and all persons in active concert or participation with Sudy, Limited from using the plaintiffs' trademarks, or any other marks or domain names confusingly similar to those marks, alone or in combination with any other letters, words, letter, strings, phrases or designs, to promote any of Sudy, Limited's competing businesses.

10/25/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ C. Torres  
Deputy Clerk